United States Courts
Southern District of Texas
FILED

*October 16, 2025*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **v.** § | **CASE NO. 4:20-CR-488-6** |
| § | |
| **DONALD CUNNINGHAM (6),** § | |
| **Defendant** § | |

## SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Methamphetamine**

On or about June 25, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**DONALD CUNNINGHAM (6),**

did knowingly and intentionally possess with intent to distribute controlled substances. This violation involved five (5) grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

1

## NOTICE OF CRIMINAL FORFEITURE
(21 U.S.C. §853(a))

Pursuant to Title 21, United States Code, Section 853(a), the United States gives notice to the Defendant,

**DONALD CUNNINGHAM (6),**

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1.) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2.) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the Defendant in substitution up to the total value of the property subject to forfeiture. The United States may seek the imposition of a money judgment.

NICHOLAS J. GANJEI
United States Attorney

By: _____
CHRISTINE J. LU
MICHAEL E. DAY
Assistant United States Attorneys
713-567-9000